AUGUST 14, 1957

**No. 61149.**—SUIT 4868.—D. N. & E. Walter & Co. and Hoyt, Sheptson & Sciaroni v. United States.— 

—C. D. 1744 affirmed April 30, 1957. C. A. D. 652.

**No. 61150.**—SUIT 4907.—United States v. S. H. Kress & Co.—

—Abstract 60115 reversed April 30, 1957. C. A. D. 651.

BEFORE THE THIRD DIVISION, AUGUST 19, 1957

**No. 61151.**—W. R. Grace & Co. et al. v. United States, protests 761746–G, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A. 60, C. A. D. 638), the claim of the plaintiffs was sustained.

**No. 61152.**—General Preserve Co., Inc., et al. v. United States, protests 287746–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of bitter orange pulp the same in all material respects as that passed upon in *T. M. Duche & Sons, Inc., et al.* v. *United States* (44 C. C. P. A 60, C. A. D. 638), the claim of the plaintiffs was sustained.

**No. 61153.**—The Nestle Co., Inc. v. United States, protests 296514–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 21, 1957

**No. 61154.**—Naumes Forwarding Service v. United States, protest 217098–K/4891 (Chicago).

OLIVER, Chief Judge: This protest relates to merchandise described on the invoice as "Horseshoe Magnets," which the collector classified as toys, not